[No. 44307-4-II. Division Two. December 10, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY G. "BUDDY" KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 12-1-00142-4, Gordon Godfrey, J., entered November 2, 2012. *Remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 29306-8-III. Division Three. December 10, 2013.]

YAKIMA AIR TERMINAL-MCALLISTER FIELD, *Respondent*, v. M.A. WEST ROCKIES CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-2-00989-1, C. James Lust, J., entered July 28, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 30883-9-III. Division Three. December 10, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHERINA EVERMAN-JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-02618-4, Jerome J. Leveque, J., entered April 25, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 31046-9-III. Division Three. December 10, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH MARTIAL WONCH, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 11-1-00015-0, Patrick A. Monasmith, J., entered July 20, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.